**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

LEI KE,                                                : No. 88 EM 2014
                                                       :
                        Petitioner          :
                                                       :
                                                       :
                                                       :
                v.                                    :
                                                       :
                                                       :
                                                       :
DREXEL UNIVERSITY,                   :
                                                       :
                        Respondent       :


**ORDER**


**PER CURIAM**

   **AND NOW**, this 19th day of August, 2014, the Petition for Review is **DENIED**.